**Opinion issued December 18, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00879-CV

———————————

## IN RE ROXANNE MONIQUE KENNEDY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Roxanne Monique Kennedy seeks mandamus relief to compel the trial court to rule on various discovery-related motions.[1]

The petition is denied. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

---

[1] The underlying case is *In the Matter of the Marriage of Christopher Kyle Kennedy and Roxanne Kennedy*, cause number 15FD2255, pending in the 306th District Court of Galveston County, Texas, the Honorable Anne B. Darring presiding.

## PER CURIAM

Panel consists of Justices Higley, Lloyd, and Caughey.